IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-cr-00374-18-EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

18. SANDRA TAVAREZ

    Defendant.

MINUTE ORDER

Pursuant to the directions of Magistrate Judge                                                  Lucy M. Kenyon, Deputy Clerk
O. EDWARD SCHLATTER                                                                               January 18, 2006

It is hereby **ORDERED** the Notice of Withdrawal of Motion for Review of Detention Order and Request to Vacate Hearing, filed January 17, 2006 is **GRANTED**. Motion is Withdrawn and the hearing is VACATED.