IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-cr-00374-18-EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

18.    SANDRA TAVAREZ

    Defendant.

## MINUTE ORDER

Pursuant to the directions of Magistrate Judge      Lucy M. Kenyon, Deputy Clerk
PATRICIA A. COAN      May 10, 2006

It is hereby **ORDERED** the Joint Stipulated Motion for Temporary Release on Specified Conditions and Request for hearing is set for **May 12, 2006 at 11:00 a.m.** before Magistrate Judge Patricia A. Coan, Courtroom A501 on the 5th Floor.  U.S. Marshal shall assure the appearance of the defendant.

                GREGORY C. LANGHAM, CLERK

        By:    s/Lucy M. Kenyon
                Lucy M. Kenyon, Deputy Clerk