IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cr-00374-PAB-18

UNITED STATES OF AMERICA.

    Plaintiff,

v.

18.  SANDRA TAVAREZ,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

It is ORDERED that a hearing on modification of supervised release is set for **October 28, 2009 at 10:00 a.m.** in Courtroom A701 before Judge Philip A. Brimmer.

October 5, 2009.